IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA A. ROSS,

    Plaintiff,

  v.

CITY OF CHICAGO, et al.,

    Defendants.

Case No. 1:13-cv-00751

Judge Samuel Der-Yeghiayan

## NOTICE OF FILING

TO: George J. Yamin, Jr.      Joseph M. Polick
   30 N. LaSalle St., Ste. 900    30 N. LaSalle St., Ste. 900
   Chicago, IL 60602       Chicago, IL 60602

 PLEASE TAKE NOTICE that on February 28, 2014, I filed the **Response of Plaintiff Lisa Ross to Defendants' Motions in Limine** with the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF system.

## CERTIFICATE OF SERVICE

 The undersigned, on oath, states that he served this notice and the aforementioned response by filing the same electronically using the CM/ECF system, which will send notification of such filing to all counsel of record on February 28, 2014.

            **/s/ JOHN K. KENNEDY**
            **JOHN K. KENNEDY**
            JAMES D. MONTGOMERY & ASSOCIATES, LTD.
            One North LaSalle Street, Suite 2450
            Chicago, IL 60602
            (312) 977-0200
            jkennedy@jdmlaw.com