IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lisa A. Ross<br>    Plaintiff | ) ) ) | Case No: 13 C 751 |
| v. | ) ) ) | Judge: Samuel Der-Yeghiayan |
| City of Chicago, et al.<br>    Defendant | ) ) ) ) | |

## ORDER

Trial Ends - Jury. Jury trial held and concluded. The jury returns its verdict in favor of the Defendants and against Plaintiff. All matters having been concluded, the instant action is hereby dismissed. Civil case terminated.

(T:6:30)

Date: April 23, 2014        /s/ Samuel Der-Yeghiayan
                            Samuel Der-Yeghiayan
                            U.S. District Court Judge